Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOBILOC, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NEUTRON HOLDINGS INC., dba LIME,<br><br>　　　　　　　Defendant. | CASE NO. 2:20-cv-1570 BJR<br><br>**ORDER** |

　　　WHEREAS, the Court having considered Plaintiff's Motion to Extend Time to File Responsive Pleading.

　　　IT IS HEREBY ORDERED this 11th day of November, 2020, that the Motion is GRANTED.  Defendant Neutron Holdings Inc., dba LIME, shall move, answer or otherwise respond to the complaint filed in the above-captioned action on or before December 14, 2020.

*[signature: Barbara J. Rothstein]*
Honorable Barbara J. Rothstein