The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MOBILOC, LLC<br><br>Plaintiff,<br><br>v.<br><br>NEUTRON HOLDINGS INC., dba LIME,<br><br>Defendant. | CASE NO. 2:20-cv-1570-BJR<br><br>STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS NEUTRON HOLDINGS INC. D/B/A LIME'S COUNTERCLAIM WITHOUT PREJUDICE AND ORDER |

Plaintiff Mobiloc, LLC, and Defendant Neutron Holdings, Inc., dba LIME, hereby request an order extending time for Plaintiff to file its responsive pleading to Defendant's Motion to Dismiss Neutron Holdings Inc. d/b/a Lime's Counterclaim Without Prejudice from September 21, 2021 to September 28, 2021. Joseph Adamson, counsel for Defendant, and Diana Breaux, counsel for Plaintiff, exchanged an email on September 20, 2021 agreeing to the extension.

DATED this 21st day of September, 2021.

SUMMIT LAW GROUP, PLLC

By *s/ Philip S. McCune*
By *s/ Diana Siri Breaux*
   Philip S. McCune, WSBA #21081
   Diana Siri Breaux, WSBA #46112
   315 Fifth Avenue S., Suite 1000
   Seattle, WA 98104-2682
   206-676-7000
   *philm@summitlaw.com*
   *dianab@summitlaw.com*

LANE POWELL

By *s/ Joseph D. Adamson*
   Barbara J. Duffy, WSBA #18885
   Joseph D. Adamson, WSBA #54752
   1420 Fifth Avenue, Suite 4100
   Seattle, WA 98101-2338
   206-223-7000
   *duffyb@lanepowell.com*
   *adamsonj@lanepowell.com*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS NEUTRON HOLDINGS INC. D/B/A LIME'S COUNTERCLAIM WITHOUT PREJUDICE AND ORDER - 1
CASE NO. 2:20-cv-1570-BJR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| | |
|---|---|
| GUTWEIN LAW<br><br>By *s/ Anthony E. Dowell*<br>By *s/ Greg N. Geiser*<br>By *s/ Lauren O. Devereux*<br>　　Anthony E. Dowell (*Pro Hac Vice*)<br>　　Greg N. Geiser (*Pro Hac Vice*)<br>　　Lauren O. Devereux (*Pro Hac Vice*)<br>　　250 Main Street, Suite 590<br>　　Lafayette, IN  47901<br>　　765-423-7900<br>　　*anthony.dowell@gutweinlaw.com*<br>　　*greg.geiser@gutweinlaw.com*<br>　　*lauren.devereux@gutweinlaw.com*<br><br>***Attorneys for Plaintiff Mobiloc, LLC*** | Kenneth R. Davis, WSBA No. 21928<br>601 SW Second Avenue, Suite 2100<br>Portland, OR  97204<br>503-778-2100<br>*davisk@lanepowell.com*<br><br>DENTONS US LLP<br><br>　　Mark L. Hogge (*pro hac vice*)<br>　　Kevin R. Greenleaf (*pro hac vice*)<br>　　1900 K Street NW<br>　　Washington, DC  20006<br>　　Tel: (202) 496-7500<br>　　*mark.hogge@dentons.com*<br>　　*kevin.greenleaf@dentons.com*<br><br>　　Jennifer D. Bennett (*pro hac vice*)<br>　　One Market Plaza, Spear Tower, 24th FL<br>　　San Francisco, CA  94105<br>　　415-267-4000<br>　　*jennifer.bennett@dentons.com*<br><br>　　Katherine R. McMorrow (*pro hac vice*)<br>　　601 S. Figueroa Street, Suite 2500<br>　　Los Angeles, CA  90017<br>　　213-623-9300<br>　　*kate.mcmorrow@dentons.com*<br><br>***Attorneys for Defendant Neutron Holdings, Inc. dba Lime*** |

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS NEUTRON HOLDINGS INC. D/B/A LIME'S COUNTERCLAIM WITHOUT PREJUDICE AND ORDER - 2
CASE NO. 2:20-cv-1570-BJR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# ORDER

IT IS SO ORDERED.

DATED this 21st day of September, 2021.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS NEUTRON HOLDINGS INC. D/B/A LIME'S COUNTERCLAIM WITHOUT PREJUDICE AND ORDER - 3
CASE NO. 2:20-cv-1570-BJR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001