The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MOBILOC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NEUTRON HOLDINGS, INC. DBA LIME, <br><br> Defendant. | NO.   2:20-cv-01570-BJR <br><br> **PLAINTIFF'S AGREED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR ATTORNEY FEES (DOC. 63)** |

Pursuant to LCR 7(d)(1), LCR 7(j), and § II.D of the Court's Standing Order for All Civil Cases ("Standing Order"), Plaintiff Mobiloc, LLC respectfully requests that the Court extend the deadline for Plaintiff to file its response to Defendant's Motion for Attorney Fees Under 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d) (Doc. 63) ("Motion for Fees") by two weeks. Under § II(A) of the Standing Order, Plaintiff's response is currently due on November 30, 2021. Plaintiff requests that this deadline be extended to December 14, 2021.

Plaintiff has conferred with Defendant regarding this matter. Defendant does not oppose this motion, and agrees that the motion may be granted.

Good cause exists for the Court to grant Plaintiff a two-week extension of the deadline to respond to Defendant's Motion for Fees. Plaintiff recently retained new counsel (Zuber Lawler LLP and Savitt Bruce & Willey LLP) to represent it in this matter. Plaintiff's new

PLAINTIFF'S AGREED MOTION FOR EXTENSION OF
DEADLINE TO FILE RESPONSE TO DEFENDANT'S
MOTION FOR ATTORNEY FEES (DOC. 63) - 1
No. 2:20-cv-01570-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

attorneys need time to familiarize themselves with the facts and procedural history of this case, review and analyze Defendant's Motion for Fees and the materials Defendant filed in support of its fee request, and prepare an informed and thorough response to the Motion for Fees. Plaintiff does not seek the requested extension in an effort to delay this proceeding, but rather to give Plaintiff and its new counsel adequate time to respond to the Motion for Fees so that justice may be served.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend from November 30, 2021 to December 14, 2021 the deadline for Plaintiff to file a response to the Motion for Fees.

DATED: November 24, 2021.

**SAVITT BRUCE & WILLEY LLP**

By:      */s/ Duncan E. Manville*
Duncan E. Manville, WSBA No. 30304
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
Telephone:  206.749.0500
Facsimile:  206.749.0600
Email:  dmanville@sbwllp.com

**ZUBER LAWLER LLP**
Joshua M. Masur (admitted *pro hac vice*)
2000 Broadway Street, Suite 154
Redwood City, California  94063
Telephone:  213.596.5620
Email:  jmasur@zuberlawler.com

**ZUBER LAWLER LLP**
Jennifer C. Kuhn (pending admission *pro hac vice*)
100 Congress Avenue, Suite 2000
Austin, Texas  78701
Telephone:  512.717.7430
Email:  jkuhn@zuberlawler.com

Attorneys for Plaintiff Mobiloc, LLC

PLAINTIFF'S AGREED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR ATTORNEY FEES (DOC. 63) - 2
No. 2:20-cv-01570-BJR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**ORDER**

IT IS SO ORDERED.

DATED: November 24, 2021.

                                        s/Barbara J. Rothstein
                                        The Honorable Barbara J. Rothstein
                                        United States District Judge

PLAINTIFF'S AGREED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR ATTORNEY FEES (DOC. 63) - 3
No. 2:20-cv-01570-BJR

**SAVITT BRUCE & WILLEY** LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 24th day of November, 2021 at Seattle, Washington.

_____
Nate Garberich

CERTIFICATE OF SERVICE
No. 2:20-cv-01570-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500